Opinion issued April 12, 2007

 

 








In The

Court of Appeals

For The

First District of Texas






NO. 01-03-00554-CV






MAETHENIA JORDAN, Appellant


V.


SAVA, INC. AND JOHN D. MOORE, Appellees






On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2000-52097






CONCURRING OPINION ON REHEARING


 I would conclude that the trial court erred in giving the sudden emergency
instruction, but that the error was harmless. Accordingly, I concur in the judgment.







 Sherry Radack

 Chief Justice


Panel consists of Chief Justice Radack and Justices Keyes and Alcala.


Chief Justice Radack, concurring.